UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANNE CONNELL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ORKIN, INC. )<br>)<br>Defendant. )<br>_____) | INDEX NO. CV 04 5015 |

## STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE

Plaintiff hereby dismisses this action with prejudice and without costs to either party.

Dated: Garden City, New York
       December 30, 2005

For Plaintiff

_____
Russell P. McRory, Esq.
McRory and McRory, P.L.L.C.
124 Cherry Valley Avenue
Garden City, New York 11530
516 294-0430

Dated: Atlanta, Georgia
       ~~December 3rd~~, 2006
       January

For Defendant

_____
Vo Johnson, Esq.
Powell Goldstein LLP
One Atlantic Center – 14th Floor
1201 Peachtree Street, NW
Atlanta, Georgia 30309-3488
404 572-6930

So Ordered: 1/26/06
New York, New York

_____
USMJ